**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                                                          Chapter 11
                                                                                   Case No.

KAHN PROPERTY OWNER, LLC,

                          Debtor.

------------------------------------------------------------X

### STATEMENT PURSUANT TO FEDERAL BANKRUPTCY RULES 1007(a)(1) AND 7007.1 AND LOCAL RULE 1073-3

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the undersigned certifies that the following entities directly or indirectly own 10% or more of any class of equity interests of the Debtor:

Kahn Associates, LLC
Kahn MM, Inc.


Dated: July 30, 2025                                    Kahn Property Owner, LLC


                                                               By:  */s/ Kahn Associates LLC, by Gary Melius*
                                                                       Kahn Associates, LLC
                                                                       Gary Melius, Member/Manager