# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 8/1/2025 |
| Case: 8−25−72946−las | Form ID: pdfall | Total: 21 |

**Recipients of Notice of Electronic Filing:**
ust       United States Trustee         USTPRegion02.LI.ECF@usdoj.gov
UST TrAt  William J. Birmingham         william.birmingham@usdoj.gov
aty       Joseph S Maniscalco           jsm@lhmlawfirm.com

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Kahn Property Owner, LLC       135 West Gate Drive       Huntington, NY 11743
10548707   135 W. Gate Drive LLC     c/o Venable LLP (24th Fl)      Rishi Kapoor, Esq.     1270 Ave of the Americas     New York, NY 10020
10548708   Arbor       333 Earle Ovington Blvd.     Uniondale, NY 11553
10548709   Daniel Perla     104 Windor Gate     Great Neck, NY 11020
10548710   Due by the First LLC     255 Glen Cove Road     Carle Place, NY 11514
10548711   Gary Melius     135 West Gate Drive     Huntington, NY 11743
10548712   Jaspan Schlesinger LLP     300 Garden City Plaza     Garden City, NY 11530
10548713   Jillian Guthman, Esq.     Rec of Taxes, Town Hall     Town of Huntington     100 Main Street     Huntington, NY 11743
10548714   John Pitta     7430 29th Court     Vero Beach, FL 32967
10548715   Joshua Dratel     29 Broadway     Suite 1412     New York, NY 10006
10548716   Katers and Granitz     8112 West Bluemound Road     Suite 101     Milwaukee, WI 53213
10548717   Mahany Law     PO Box 511328     Milwaukee, WI 53203
10548718   Morritt Hock & Hamroff LL     Danielle Marlow, Esq.     400 Garden City Plaza     Garden City, NY 11530
10548719   No More Bon Bons     1999 Grand Avenue     Baldwin, NY 11510
10548720   Oheka Catering, Inc.     135 West Gate Drive     Huntington, NY 11743
10548721   Oheka Management Corp.     135 West Gate Drive     Huntington, NY 11743
10548722   Robert Kohlmeyer     CRK Holding     278 Indian Head Road     Kings Park, NY 11754
10548723   Suffolk County Comptroller     330 Center Drive     Riverhead, NY 11901

                                                                                                TOTAL: 18