MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, NY 10018
Tel: (516) 873-2000
Danielle J. Marlow, Esq.

*Attorneys for 135 W Gate Drive, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                              Chapter 11
                                                    Case No.  25-72946-las
Kahn Property Owner, LLC,

                      Debtor.
-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for 135 W Gate Drive, LLC[1], a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or property of the estate.

---

[1] 135 W Gate Drive, LLC is the successor by Assignment to U.S. Bank National Association, as trustee, successor in interest to Bank of America, National Association, as successor by merger to LaSalle Bank for the registered holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2007-LDp12, Commercial Mortgage Pass-Through Certificates, Series 2007-LDP12.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit, shall constitute an election of remedies or waiver of (i) the right to have a final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding relating to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: August 1, 2025
New York, New York

MORITT HOCK & HAMROFF LLP

By:   */s/Danielle J. Marlow*
       Danielle J. Marlow, Esq.
       400 Garden City Plaza
       Garden City, NY 10018
       Tel: (516) 873-2000
       dmarlow@moritthock.com

*Attorneys for 135 W Gate Drive, LLC*

**CERTIFICATION OF SERVICE**

I, Danielle J. Marlow, hereby certify that I caused a true and correct copy of the foregoing document to be served electronically upon the parties registered for electronic service in this action through the Court's CM/ECF system.

By: <u>*/s/Danielle J. Marlow*</u>
Danielle J. Marlow
