**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.
*Proposed Counsel for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                             Chapter 11
                                                                                        Case No. 25-72946 (LAS)
KAHN PROPERTY OWNER, LLC,

                Debtor.
----------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL BANKRUPTCY RULE 1073-3

The undersigned, Gary Melius, hereby submits the following disclosure statement in accordance with **Local Bankruptcy Rule 1073-3** of the United States Bankruptcy Court for the Eastern District of New York:

1. **Corporate Debtor Information**: Kahn Property Owner, LLC

2. **Type of Entity**: Limited Liability Company

3. **State of Formation**: New York

4. **Principal Business Address**: 135 West Gate Drive, Huntington, NY 11743

5. **Affiliates and Relationships**: The debtor is not aware of any direct or indirect relationship, connection, or affiliation with any of the judges of the Bankruptcy Court for the Eastern District of New York, or their immediate family members.

6. **Relationship with Court**: The debtor further certifies that, to the best of its knowledge, the debtor is not a party to any proceedings before this Court in which a judge of the Eastern District of New York Bankruptcy Court has a personal or financial interest.

I, Gary Melius, am duly authorized to make this statement on behalf of the debtor, and I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge.

Dated: August 1, 2025                           **KAHN PROPERTY OWNER, LLC**

                                                    By:     */s/ Kahn Associates LLC, by Gary Melius*
                                                             Kahn Associates, LLC
                                                             by Gary Melius, Member