**LAMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.
*Counsel to the Chapter 11 Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re: Chapter 11
Case No. 25-72946-LAS

KAHN PROPERTY OWNER, LLC,

Debtor.
---------------------------------------------------------X

**DECLARATION OF GARY MELIUS IN CONNECTION WITH AUTHORIZATION TO CONTRIBUTE NON-DEBTOR ASSETS FOR SALE WITH KAHN PROPERTY OWNER, LLC**

I, Gary Melius, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. I am familiar with Kahn Property Owner, LLC ("Debtor"). The Debtor is the owner of the real property located at and known as 135 West Gate Drive, Huntington, New York, which is comprised of approximately 22 acres of land improved by the historic Oheka Castle & Resort building, including the Debtor's Development Rights (as defined below)(collectively, the "Real Property"); (ii) all right, title and interest in and to the assets owned by Oheka Catering, Inc, which entity owns Oheka Catering I, LLC and Oheka Management, LLC(collectively referred to as the "Oheka Opco Assets" or the "Non-Debtor Assets") (Oheka Catering I, LLC and Oheka Management, LLC are collectively identified as the "Operating Entities").

2. Oheka Catering, Inc. is the owner of Oheka Catering I, LLC and Oheka Management, LLC. These three entities are not in bankruptcy and operate under a state court order pursuant to which a state court receiver was appointed to oversee the financial affairs of these entities (the "Receiver"). The Receiver is an economic receiver and provides monthly operating

reports for the operations of Oheka Castle and its entities, otherwise identified as the Oheka Opco Entities. The Oheka Castle and its Oheka Opco Entities have and continue to operate in the ordinary course of business, operating its restaurant, booking weddings and events.

3. Oheka Catering Opco operates the catering and restaurant and the Oheka Castle facility, and Oheka Management Opco operates the facility and hotel revenue at Oheka Castle; these operations are conducted pursuant to a lease agreement with the Debtor.

4. On July 23, 2026, the three Oheka Operating Entities, by their officers, executed a unanimous consent to a sale of the Oheka Opco Assets pursuant to these Bid Procedures, which includes cash on hand, revenue, furniture, fixtures, equipment, contracts, weddings, bookings, and all assets of those entities in connection with the Debtor's sale of the Real Property (certain of the furniture, fixtures and equipment is owned by the Debtor and detailed information as to which entity owns which asset will be provided as part of the sale process). A copy of the Unanimous Resolution is annexed hereto as **Exhibit A**.

5. On July 24, 2026, the Oheka Operating Entities agreed to contribute their assets for the benefit of a sale of the Debtor's Real Property and Development Rights. A copy of the Contribution agreement is annexed hereto as **Exhibit B**.

6. The purpose of the Resolution and the Contribution Agreement is to insure that the sale of the Debtor's assets are increased in value and that all weddings, events, bookings and plannings are assigned and assumed by the buyer of the Debtor's assets. This makes sure that all weddings continue as planned and there is no disruption in any booked weddings or events.

7. I submit this declaration in support of the Debtor's Third Amended Plan and Fourth Amended Disclosure Statement filed with the United States Bankruptcy Court of the Eastern District of New York on August 12, 2026 [Dkt. No. 148-149].

September 4, 2026

**OHEKA CATERING, INC.**

By: */s/ Gary Melius*

Name: Gary Melius

Title: Authorized Signatory

**OHEKA MANAGEMENT, LLC**

By: */s/ Gary Melius*

Name: Gary Melius

Title: Authorized Signatory

**OHEKA CATERING I, LLC**

By: */s/ Gary Melius*

Name: Gary Melius

Title: Authorized Signatory