LaMONICA HERBST & MANISCALCO, LLP
*Counsel to the Debtor*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500
Joseph S. Maniscalco, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAHN PROPERTY OWNER, LLC | : | Case No. 25-72946 (LAS) |
| | : | |
| Debtor. | : | |

**DECLARATION IN SUPPORT OF AN ORDER (I) CONFIRMING THE RESULTS OF THE PUBLIC AUCTION SALE OF THE DEBTOR'S REAL PROPERTY, DEVELOPMENT RIGHTS AND NON-DEBTOR ASSETS AND (II) APPROVING SALE OF OHEKA COMPLEX FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES**

I, Joseph S. Maniscalco, Esq. pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. This firm is counsel to Kahn Property Owner, LLC ("Debtor"), pursuant to Order of the Court dated September 29, 2025 [ECF 36].

2. On July 31, 2025 ("Filing Date"), the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Eastern District of New York ("Court").

3. The Debtor is a New York limited liability company.

4. The Debtor is the owner of the real property at 135 West Gate Drive, Huntington, New York 11743, which is comprised of approximately 22 acres in the Gold Coast of Long Island.

5. On September 1, 2026, the Debtor made an oral application in the Bankruptcy Court for approval of bid procedures to, among other things, authorize and approve the Terms and

Conditions ("Bid Procedures") for the proposed sale of: (i) the real property located at 135 West Gate Drive, Huntington, New York 11743, which is comprised of approximately 22 acres of land improved by the historic Oheka Castle & Resort building, including the Debtor's Development Rights (as defined below) (collectively, "Real Property"); (ii) all right, title and interest in and to the assets owned by Oheka Catering, Inc, which entity owns Oheka Catering I, LLC and Oheka Management, LLC (collectively referred to as the "Non-Debtor Assets") (Oheka Catering I, LLC and Oheka Management, LLC are collectively identified as the "Oheka Operating Entities").

6. On September 14, 2026, the Court entered an Order authorizing the Debtor to retain Concierge as auctioneer to conduct an auction, and The Modlin Group LLC as listing broker ("Listing Broker") [ECF 159] ("Retention Order") to market and sell the Debtor's Real Property and Non-Debtor Assets (collectively referred to as the "Oheka Complex").

7. On September 15, 2026, the Court entered an Order Approving Terms and Conditions of a Public Auction Sale of the Debtor's Real Property, Development Rights and Non-Debtor Assets [ECF 161] ("Bid Procedures Order"), approving the Terms and Conditions of sale which were annexed to the Bid Procedures Order as Exhibit A ("Bid Procedures") and the form of notice of sale annexed thereto to the Bid Procedures Order as Exhibit B.

8. On September 17, 2026, Concierge and the Listing Broker engaged in a launch call with the Debtor and started the process of marketing the Real Property and Non-Debtor Assets. Each week thereafter, Concierge coordinated a call to discuss, among other things, marketing, advertising, press releases, and other results of interested bidders for the Real Property and the Non-Debtor Assets.

9. The auction sale for the Sale of the Real Property and Non-Debtor Assets was scheduled for October 27, 2026 ("Auction Sale").

10. In preparation for the Auction Sale, Concierge and Modlin aggressively marketed the Oheka Complex, the specifics of which are contained in the declaration of Concierge Auctions, LLC dated and filed October 28, 2026 [ECF 189].

11. Prior to the scheduled Auction Sale, the Debtor received several different offers in various complex measures. The Debtor urged everyone to qualify and bid at the Auction Sale.

12. I attended the launch call with Concierge along with each weekly call regarding updates on the process of marketing, dealing with buyers, questions about the process and qualification of bids.

13. During this robust marketing process, I attended dozens of meetings with Concierge and interested buyers, including virtual calls, in person meetings, and discussions about the sale of the Oheka Complex, and provided information for the data room.

14. The Successful Bidder is Gold Coast Property & Estate Management, LLC ("Successful Bidder"). The Debtor's special counsel has received a $750,000 Deposit and will receive the balance of the Deposit equal to ten percent of the Successful Bid within two days of the Auction Sale.

15. The sale to the Successful Bidder is an arm's-length transaction and the sale of the Oheka Complex is being entered into in good faith by the parties.

16. Absent a stay pending appeal, the Successful Bidder will be acting in good faith pursuant to Bankruptcy Code section 363(m) in closing on the Sale of the Oheka Complex after the entry of the Order confirming the Sale.

17. The Sale of the Oheka Complex to the Successful Bidder is a reasonable exercise of the Debtor's business judgment. Further, the transactions contemplated by the sale of the Oheka Complex are in the best interest of the Debtor's estate and its creditors.

18. The Debtor has exercised sound business judgment in proceeding with the Sale of the Oheka Complex. Concierge and other retained professionals actively marketed and advertised the Real Property and Non-Debtor Assets for sale, and the purchase price of $72,000,000 from the Successful Bidder was the highest and best offer received.

19. As such, the Debtor has elected to proceed with confirmation of the Sale of the Real Property and the Non-Debtor Assets to the Successful Bidder for the purchase price of $72,000,000, and requests that the Court enter an Order confirming the sale to the Successful Bidder.

20. Under the circumstances of this case, a valid business purpose exists for the approval of the sale of the Real Property and the Non-Debtor Assets to the Successful Bidder for the purchase price of $72,000,000 pursuant to Bankruptcy Code sections 363(b), (f) and (m).

21. Accordingly, the Debtor respectfully requests that the Court enter an Order confirming the Sale to the Successful Bidder for the Purchase Price of $72,000,000.

Dated: October 28, 2026

*s/ Joseph S. Maniscalco*
Joseph S. Maniscalco

**LaMONICA HERBST & MANISCALCO, LLP**
*Counsel to the Debtor*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500