**LAMONICA HERBST & MANISCALCO, LLP**
*Counsel to the Debtor and Debtor in Possession*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500
Joseph S. Maniscalco, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| KAHN PROPERTY OWNER, LLC, | Case No.: 25-72946-LAS |
| Debtor. | |

---------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
ss:
COUNTY OF NASSAU )

**CHRISTINE VITIELLO**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Nassau County, New York.

On October 20, 2026, deponent served the **Amended Notice of Debtor's Motion Pursuant to 11 U.S.C. § 502 Objecting to the Claim of Tabone LLC, Proof of Claim No. 15 [Dkt. No. 185]** by Email and by First Class Mail upon the attorneys/parties listed below at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:

John M. Tabone
Title Managing Partner
Tabone LLC
217 Woodbury Road, #291
Woodbury, NY 11797
tabonellc1@gmail.com

Tabone LLC
c/o Bond, Schoeneck & King, PLLC
Attn: Justin S. Krell, Esq.
68 S. Service Rd. 4th Floor
Melville, NY 11747
jkrell@bsk.com

*s/ Christine Vitiello*
Christine Vitiello

Sworn to before me this 20th day of October 2026

*s/ Stephanie R. Bodizs*
Stephanie R. Bodizs
Notary Public, State of New York
No. 02BO0055534
Qualified in Nassau County
Commission Expires October 8, 2030