**LAMONICA HERBST & MANISCALCO, LLP**
*Counsel to the Debtor*
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: 516-826-6500
Adam P. Wofse, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>KAHN PROPERTY OWNER, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 25-72946-LAS |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 1121(d), EXTENDING THE CHAPTER 11 DEBTOR'S EXCLUSIVE PERIOD WITHIN WHICH TO SOLICIT ACCEPTANCES OF PLAN**

Kahn Property Owner, LLC, the above-captioned debtor and debtor in possession (the "Debtor"), by its attorneys, LaMonica Herbst & Maniscalco, LLP, and 135 W. Gate Drive LLC (the "Secured Creditor"), by its attorneys, Moritt Hock & Hamroff LLP and Herrick, Feinstein LLP, hereby enter into this Stipulation (the "Stipulation") extending the exclusive time period during which the Debtor may solicit acceptances of its Plan (as defined herein) through and including November 18, 2026;

**WHEREAS,** On July 31, 2025 ("Filing Date"), the Debtor filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Eastern District of New York (the "Bankruptcy Court"); and

**WHEREAS,** the Debtor remains in possession of its property and continues to operate and manage its financial affairs as a debtor in possession pursuant to Bankruptcy Code sections 1107 and 1108, although a receiver remains in place in this case pursuant to a stipulation and order of the Court dated October 10, 2025 [ECF No. 44]; and

**WHEREAS,** on October 29, 2025, the Debtor filed its Chapter 11 plan of reorganization (the "Plan") and disclosure statement (the "Disclosure Statement") (each as may be amended) [ECF Nos. 52 and 51]; and

**WHEREAS,** on February 13, 2026, the Debtor filed its First Amended Disclosure Statement and First Amended Plan [ECF Nos. 90, 91]; and

**WHEREAS,** in connection with the Debtor's motion [ECF No. 84], the Court entered an Order dated March 20, 2026 [ECF No. 98], by which the Debtor's exclusive time period to solicit acceptances of its Plan was extended through April 27, 2026, without prejudice to seek further extensions; and

**WHEREAS,** on May 8, 2026, the Debtor filed its Second Amended Disclosure Statement and Plan [ECF No. 109]; and

**WHEREAS,** on July 24, 2026, the Debtor filed its Third Amended Disclosure Statement and Second Amended Plan [ECF Nos. 140, 141]; and

**WHEREAS,** in connection with the Debtor' motion [ECF No. 103], the Court entered an Order dated August 7, 2026, [ECF No. 147], by which the Debtor's exclusive time period to solicit acceptances of its Plan was extended through September 4, 2026, without prejudice to seek further extensions; and

**WHEREAS,** on August 12, 2026, the Debtor filed its Fourth Amended Disclosure Statement and Third Amended Plan [ECF Nos. 148, 149]; and

**WHEREAS,** on September 1, 2026, the Court held a hearing to consider the approval of the Debtor's Disclosure Statement (the "Disclosure Statement Approval Hearing" or "Hearing"); and

**WHEREAS,** by oral application of the Debtor made to the Court at the Disclosure Statement Approval Hearing, seeking to further extend Debtor's exclusive time period to solicit acceptances of the Plan, on consent of the Secured Creditor and the No Objection of the Office of the United States Trustee, the Court approved and granted such application for an extension of the Debtor's exclusive time period to solicit acceptances of the Plan, through and including October 30, 2026, without prejudice to seek further extensions, and So Ordered the record of the Hearing on the case docket; and

**WHEREAS,** by Order dated September 3, 2026, the Court entered an Order, among other things, approving the Debtor's Disclosure Statement and scheduling the confirmation hearing (the "Confirmation Hearing") ("Disclosure Statement Approval Order") [ECF No. 153]; and

**WHEREAS,** by Order dated September 15, 2026, the Court entered an amended Disclosure Statement Approval Order, rescheduling the Confirmation Hearing for October 29, 2026;

**WHEREAS,** by Stipulation So Ordered by the Court on October 16, 2026 [ECF No. 182], the Debtor's exclusive time period to solicit acceptances of its Plan was extended through October 30, 2026, without prejudice to seek further extensions; and

**WHEREAS,** by oral application of the Debtor made to the Court at the Confirmation Hearing, seeking to further extend Debtor's exclusive time period to solicit acceptances of the Plan, on consent of the Secured Creditor and the No Objection of the Office of the United States Trustee, the Court approved and granted such application for an extension of the Debtor's exclusive time period to solicit acceptances of the Plan, through and including November 18, 2026, without prejudice to seek further extensions, and So Ordered the record of the hearing on the case docket; and

**WHEREAS,** the Confirmation Hearing was adjourned by the Court to November 17, 2026; and

**NOW, THEREFORE,** subject to approval of the Bankruptcy Court, it is hereby stipulated and agreed as follows:

1. All of the recitals stated above are incorporated by reference as if fully set forth herein.

2. Pursuant to Bankruptcy Code § 1121(d), the Debtor's exclusive time period within which the Debtor may solicit acceptances of its Plan is extended through and including November 18, 2026.

3. This Stipulation and Order shall be without prejudice to the right of the Debtor to seek a further extension of the exclusive period within which to solicit acceptances of its Plan or the rights of any party in interest to object to any further extension request.

4. The Debtor is authorized to take all actions reasonably necessary to effectuate the relief granted in this Stipulation and Order.

5. The Court shall retain jurisdiction with respect to all issues arising from or related to the implementation, interpretation, or enforcement of this Stipulation and Order.

Dated: November 5, 2026

**LAMONICA HERBST & MANISCALCO, LLP**
*Counsel for the Debtor*

By: *<u>/s/ Adam P. Wofse</u>*
Adam P. Wofse, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500

November 6, 2026

**Moritt Hock & Hamroff LLP**
*Counsel for 135 W. Gate Drive LLC*

By: *<u>/s/ Leslie A. Berkoff</u>*
Leslie A. Berkoff, Esq.
1407 Broadway, 39th Floor
New York, New York 10018
(212) 239-2000

**Herrick, Feinstein LLP**

*Counsel for 135 W. Gate Drive LLC*

By: */s/ Steven B. Smith*
Steven B. Smith, Esq.
Two Park Avenue
New York, New York 10016
(212) 592-1400

No Objection 11/6/2026

*/s/ William J. Birmingham*
William J. Birmingham, Esq.
Office of the United States Trustee

**SO ORDERED**

Dated: November 6, 2026
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge